MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8956
     Facsimile: (415) 744-0134
     E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| TONY YBARRA,<br><br>        Plaintiff,<br><br>     vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-00064-JDP<br><br>**STIPULATION AND PROPOSED ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that this action be remanded to the Commissioner of Social Security for

further administrative action pursuant to section 205(g) of the Social Security Act, as amended,

42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will evaluate whether Plaintiff's exceptions to the ALJ's

decision were submitted to the Appeals Council timely, and if timely, the Appeals Council will

evaluate the exceptions and additional evidence submitted.

1
2
The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant.

3

4        Dated: February 11, 2019        LAW OFFICES OF LAWRENCE D. ROHLFING

5                                        By: */s/ Lawrence D. Rohlfing by C.Chen\**
                                         LAWRENCE D. ROHLFING
6                                        (*as authorized via email on February 11, 2019)

7        Dated: February 11, 2019        MCGREGOR W. SCOTT
                                         United States Attorney
8

9                                        By: */s/ Carolyn B. Chen*
                                         CAROLYN B. CHEN
10                                       Special Assistant United States Attorney
                                         Attorneys for Defendant

11

12

13                                       <u>ORDER</u>

14

15

16       IT IS SO ORDERED.

17

18       Dated:    February 12, 2019     _____
                                         UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28